FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN B. ARDELLA, et al.,<br><br>Defendants. | CASE NO. EDCV 13-1151 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court summarily remands this unlawful detainer action to state court because defendant John B. Ardella ("Defendant") removed it improperly.

On June 28, 2013, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

///

1     Simply stated, Plaintiff could not have brought this action in federal court in the
2 first place, and Defendant does not competently allege facts supplying either diversity
3 or federal-question jurisdiction. Therefore, removal is improper. *See* 28 U.S.C.
4 § 1441(a); *see also Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125
5 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship exists,
6 the amount in controversy does not exceed the diversity-jurisdiction threshold of
7 $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer
8 complaint recites that the amount in controversy does not exceed $10,000. Nor does
9 Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C.
10 §§ 1331, 1441(b).

11     Further, Defendant is notified and warned that any subsequent attempts to remove
12 the underlying state unlawful detainer action to this Court will be improper and may
13 result in the Court taking punitive remedial measures, which may include ordering
14 Defendant to appear in person before the Court and show cause why he should not be
15 monetarily sanctioned and/or designated as a vexatious litigant.

16     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
17 Superior Court of California, Riverside County, Indio Judicial District, 46200 Oasis
18 Street, Indio, CA 92201, for lack of subject matter jurisdiction pursuant to 28 U.S.C.
19 § 1447(c); (2) the clerk send a certified copy of this Order to the state court; and (3) the
20 clerk serve copies of this Order on the parties.

21     IT IS SO ORDERED.

23 DATED: 7/10/13

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE